USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ADALGIZA MEJIA,

                Plaintiff,                      19 **CIVIL** 2077 (RWL)

    -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2020, that this action is reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         March 2, 2020

                                                     **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                BY:
                                                       **Deputy Clerk**